FILED
CLERK, U.S. DISTRICT COURT

Mar 19, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH LEON,<br><br>    Plaintiff,<br><br>    v.<br><br>RICARDO SALDANA; ANA ESTRADA; UNITED POSTAL SERVICE, INC.; RALPH DOMINGUEZ; SAMANTHA PIMENTEL; AND DOES 1–5, inclusive,<br><br>    Defendants. | Case No. 5:12-cv-00510-SVW-SP<br><br>JUDGMENT<br><br>JS - 6 |

    Pursuant to this Court's September 7, 2012 Order and Federal Rule of Civil Procedure 56, judgment is hereby entered against plaintiff NOAH LEON and in favor of defendants RICARDO SALDANA, SAMANTHA PIMENTAL, and UNITED POSTAL SERVICE, INC. Defendants are awarded costs in the sum of $3,890.65.

    Pursuant to this Court's December 15, 2014 Order and Federal Rule of Civil Procedure 55(b), judgment is hereby entered against defendant ANA ESTRADA

//

//

//

1 | and in favor of plaintiff NOAH LEON.  Plaintiff NOAH LEON is awarded
2 | judgment against ANA ESTRADA for the sum of $44,591.63.

5 | DATE:  March 19, 2015

_____
STEPHEN V. WILSON
United States District Judge

2